**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. <u>03-30851</u> |
| **CHARLES RAY WILLIAMS** | : | CHAPTER 7 |
| | : | JUDGE L.S. WALTER |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of **$1,046.76** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| State of Ohio, Department of Taxation<br>30 E Broad Street, Columbus OH 43215 | 6 | $1,046.76 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| | **$1,046.76** |

**Dated:   11/05/10**

/s/ Roger E. Luring_____
Roger E. Luring, Case Trustee
314 W. Main Street
Troy, OH 45373
(937) 339-2627
AR #0010834

**cc: US Trustee**